## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | |
|---|---|
| KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND; KENTUCKY LABORERS APPRENTICESHIP AND TRAINING TRUST FUND; LABORERS' NATIONAL PENSION FUND; KENTUCKY LABORERS – EMPLOYERS COOPERATION AND EDUCATION TRUST; KENTUCKY LABORERS DISTRICT COUNCIL; and LABORERS' LOCAL UNION NO. 189,<br><br>Plaintiffs,<br><br>vs.<br><br>KCS CONSTRUCTION LLC, a Tennessee limited liability company,<br><br>Defendant. | Civil Case No.<br><br>(Electronically Filed) |

## COMPLAINT

NOW COME the Plaintiffs KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND *et al.*, by and through their counsel, DUNN & WALLBAUM, PLLC, complaining of Defendant KCS CONSTRUCTION LLC, and allege as follows:

### JURISDICTION AND VENUE

1.  This action arises under Sections 502 and 515 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") and Section 301 of the Labor-Management Relations Act. (29 U.S.C. §§ 1132, 1145 and 185). The Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

2.  Venue is proper in this Court pursuant to 29 U.S.C. § 1132(e)(2) in that the KENTUCKY

LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND  is administered at 1996 By Pass South, Lawrenceburg, Kentucky 40342, the KENTUCKY LABORERS APPRENTICESHIP AND TRAINING TRUST FUND is administered at 2000 By Pass South, Lawrenceburg, Kentucky 40342, and pursuant to 28 U.S.C. § 1391(b)(2) in that a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Eastern District of Kentucky, Frankfort Division.

<u>**PARTIES**</u>

3.      The KENTUCKY LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, KENTUCKY LABORERS APPRENTICESHIP AND TRAINING TRUST FUND and LABORERS' NATIONAL PENSION FUND (collectively "Trust Funds") are Taft-Hartley benefit funds which provide benefits to their participants and, therefore, are multiemployer plans under 29 U.S.C. § 1002.

4.      The Trust Funds are fiduciaries within the meaning of Section 3(21)(A) of ERISA, 29 U.S.C. § 1002(21)(8), and are authorized to bring lawsuits on behalf of their participants and beneficiaries.

5.      The KENTUCKY LABORERS - EMPLOYERS COOPERATION AND EDUCATION TRUST ("LECET") is a labor management cooperation committee that is jointly administered by the KENTUCKY LABORERS DISTRICT COUNCIL ("District Council") and construction industry employers in Lawrenceburg, Kentucky.

6.      The LECET is the collection agent for the Ohio Valley and Southern States Laborers Employers Cooperation and Education Trust.

7.      The District Council is an unincorporated labor organization affiliated with the Laborers' International Union of North America, which is administered in Lawrenceburg,

Kentucky.

8.      LABORERS' LOCAL UNION NO. 189 ("Local 189") is an unincorporated labor organization affiliated with the Laborers'  International Union of North America, which is administered in Lexington, Kentucky.

9.      Local 189 is the collection agent for the Local 189 Drug and Safety Fund.

10.     Local 189 is the bargaining representative of KCS CONSTRUCTION LLC'S ("KCS Construction") bargaining unit employees.

11.     The Defendant KCS Construction is a Tennessee limited liability company with its principal place of business located at 2010 Elmer Pogue Drive, Columbia, Tennessee 38401.

<u>COUNT I</u>
<u>BREACH OF THE LABOR AGREEMENT</u>

12.     Plaintiffs re-allege and incorporate the allegations contained in paragraphs 1-11 of this Complaint with the same force and effect as if fully set forth herein.

13.     KCS Construction is an employer engaged in an industry affecting commerce which agreed to be bound by the Blue Grass Army Deport Consolidated Shipment Center Construction Project Agreement ("Blue Grass Army Depot Project Agreement").  (A copy Blue Grass Army Deport Consolidated Shipment Center National Construction Agreement Certification is attached hereto as Exhibit 1).

14.     Pursuant to the Blue Grass Army Depot Project Agreement, KCS Construction agreed to be bound the terms of the National Construction Agreement ("NCA") between the North American Contractors Association and the Building and Construction Trades Department, AFL-CIO, the National and International Unions. (A copy of the NCA is attached hereto as Exhibit 2).

15. Pursuant to the NCA, KCS Construction agreed to pay contributions to the Trust Funds, LECET and Local 189 Drug and Safety Fund at the rates negotiated between the parties to the Regular Building Agreement between Local 189 and the construction Employers Association of Central Kentucky, Inc.  (A copy of the Regular Building Agreement is attached as Exhibit 3).

16. Pursuant to the Regular Building Agreement, KCS Construction agreed to wages and contributions rates to the Trust Funds, LECET and Local 189 Drug and Safety Fund effective for the period of June 1, 2017 through May 31, 2018.  (Exhibit 3).

17. Through the Regular Building Agreement, KCS Construction became bound by the provisions of the Agreements and Declarations of the Trust Funds (hereinafter referred to as the "Trust Agreements").

18. Pursuant to the provisions of the Regular Building Agreement, KCS Construction is required pay contributions rates to the Trust Funds, LECET and Local 189 Drug and Safety Fund for each hour worked by its bargaining unit employees.

19. Pursuant to the provisions of the Regular Building Agreement, KCS Construction is required to deduct union dues from its bargaining unit employees' wages payable to the District Council and Local 189.

20. The contributions and union dues during all times relevant were due on or before the 10th day of the calendar month following the calendar month during which the work was performed.

21. Pursuant to Section 502(g)(2) of ERISA, the Regular Building Agreement and/or the Trust Agreements, employers who fail to submit their contributions to the Trust Funds on a timely basis are responsible for the payment of liquidated damages at a rate of ten

percent (10%) of the delinquent contributions, interest at the rate of ten percent (10%) per annum and attorney's fees and costs.

22.  KCS Construction has failed to remit payment of contributions and union dues for the months of October, November and December 2017 in the aggregate amount of $90,709.27, which is itemized as follow:

| Work Month: | Health & Welfare: | Training: | LECET: | District Council: | Local 189: | Drug & Safety: | Laborers Political League: | LNFP: |
|---|---|---|---|---|---|---|---|---|
| Oct. 17 | $6,288.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,646.25 |
| Nov. 17 | $16,313.30 | $992.03 | $815.66 | $800.20 | $2,759.87 | $110.23 | $110.23 | $9,369.13 |
| Dec. 17 | $22,249.58 | $1,353.02 | $1,112.48 | $1,062.24 | $3,647.61 | $150.34 | $150.34 | $12,778.48 |
|  | $44,851.16 | $2,345.05 | $1,928.14 | $1,862.44 | $6,407.48 | $260.57 | $260.57 | $32,793.86 |

23.  As a result of KCS Construction's failure to submit timely contribution payments for the months of October, November and December 2017 to the Trust Funds, it owes $9,198.55 in liquidated damages and interest as of today's date, which is itemized as follows:

| Work Month: | Due Date: | LD's: | Interest: |
|---|---|---|---|
| Oct. 17 | 11/15/2017 | $1,693.45 | $432.27 |
| Nov. 17 | 12/15/2017 | $2,667.45 | $456.97 |
| Dec. 17 | 1/15/2018 | $3,638.11 | $310.31 |
|  |  | $7,999.01 | $1,199.54 |

24.  KCS Construction has a continuing obligation to contribute to the Plaintiffs, which will increase the amount of Plaintiffs' claim damages.

25.  The Plaintiffs have been required to employ the undersigned attorneys to collect the monies that are due and owing from KCS Construction.

26.  The Plaintiffs have complied with all conditions precedent in bringing this suit.

27.  KCS Construction is obligated to pay the reasonable attorney's fees and court costs incurred by the Plaintiffs pursuant to the Regular Building Agreement, Trust Agreements and 29 U.S.C. § 1132(g)(2)(D).

**WHEREFORE**, Plaintiffs respectfully request:

A.    That Judgment be entered in favor of Plaintiffs and against Defendant KCS Construction in the amount of $90,709.27 for unpaid contributions and union dues owed for the months of October, November and December 2017;

B.    That Judgment be entered in favor of Plaintiffs and against Defendant KCS Construction in the amount of $9,198.55 for liquidated damages resulting from the untimely payment of in the amount of contributions to the Trust Funds;

C.    That Judgment be entered in favor of Plaintiffs and against Defendant KCS Construction in the amount of $1,199.54 (through today's date) for interest resulting from the untimely payment of in the amount of contributions to the Trust Funds plus additional interest owed through the date of the judgment;

D.    That Judgment be entered in favor of Plaintiffs and against Defendant KCS Construction for any other contributions, liquidated damages and interest that are found to be due and owing in addition to the amounts referenced in paragraphs A through C above;

E.    That Defendant KC Construction be ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Regular Building Agreement, Trust Agreements and 29 U.S.C. §1132(g)(2)(D);

F.    That this Court enter an Order requiring KCS Construction to comply with the terms of the Regular Building Agreement, including but not limited to the timely submission of contributions for each hour paid to its employees;  and

G.    That Plaintiffs have such other and further relief as the Court may deem just and

equitable all at the Defendant KCS Construction's cost, pursuant to 29 U.S.C. §1132(g)(2)(E).

Respectfully submitted,

/s/ Rex Dunn
Rex Dunn (KY Bar No. 19610)
DUNN & WALLBAUM, PLLC
105 Daventry Lane, Suite 200
Louisville, KY 40223
(502) 384-5156
RDunn@DunnWallbaumLaw.Com
*Local Counsel*

/s/ Jeffrey Krol
Jeffrey Krol (will be seeking *pro hac vice* admission)
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606
(312) 757-5465
jeffkrol@johnsonkrol.com